UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
IN ADMIRALTY

CASE NO. 20-10113-JLK

In The Matter Of The Complaint for
Exoneration from or Limitation of Liability
by Sunset Watersports, Inc. as owner of the
2012 31' Ocean Pro motor vessel bearing
Hull Identification No. CNX31122K11,

    Petitioner.

_____/

**LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.'S
UNOPPOSED MOTION TO WITHDRAW AS CLAIMANTS' COUNSEL**

The undersigned attorneys of record for the Claimants, SARAH ARROYO, individually, and as Parent and Natural Guardian of RYAN ARROYO ("Claimants"), respectfully requests that this Honorable Court enter an Order granting leave to withdraw as counsel for the Claimants herein and, as grounds thereof, states as follows:

1. The instant Complaint for Exoneration from Limitation of Liability by Sunset Watersports, Inc. was filed on October 8, 2020. [D.E. 1].

2. On November 2, 2020, Claimants filed their Answer and Affirmative Defenses to Limitation Petition and Claim Against Petitioner. [D.E. 9].

3. Irreconcilable differences have arisen between the Claimants and the law firm of Lipcon, Margulies, Alsina & Winkleman, P.A. ("law firm"), such that the law firm is unable to continue representing the Plaintiff herein.

4. Pursuant to Local Rule 11.1(d), the undersigned certifies that he has communicated LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.'S need to withdraw as Claimants' counsel in this matter to the Plaintiff. Specifically, the undersigned certifies that he provided

written as well as verbal notice to the Claimants of the intention to withdraw as counsel. The Claimant, Sarah Arroyo, individually, and as Parent and Natural Guardian of Ryan Arroyo has communicated that she does not oppose this motion. The undersigned further certifies that a copy of LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.'S Motion to Withdraw as Claimants' Counsel will be provided to the Claimants upon the filing of same.

5. Additionally, the undersigned provided notice to opposing counsel of his intention to withdraw as counsel for the Claimants in accordance with Local Rules 7.1 and 11.1(d). Opposing counsel has communicated that they have no objection to the granting of this motion.

6. Pursuant to Local Rule 11.1(d), the current mailing address for the Claimants is: 5526 Bittern Avenue, Ewa Beach, HI 96706.

**WHEREFORE**, based on the foregoing, LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A. respectfully requests permission from this Honorable Court to withdraw from representing the Plaintiff in this matter.

### CERTIFICATE OF CONFERENCE WITH COUNSEL

Undersigned counsel hereby certifies that he has conferred in good faith with counsel for Petitioner. Petitioner is not opposed to the undersigned counsel and firm withdrawing from this case.

> Respectfully submitted,
>
> LIPCON, MARGULIES,
> ALSINA & WINKLEMAN, P.A.
> *Attorneys for Plaintiff*
> One Biscayne Tower, Suite 1776
> 2 South Biscayne Boulevard
> Miami, Florida 33131
> Telephone No.: (305) 373-3016
> Facsimile No.: (305) 373-6204
>
> By: /s/ *Jason R. Margulies*

**JASON R. MARGULIES**
Florida Bar No. 57916
jmargulies@lipcon.com
**DANIEL W. GRAMMES**
Florida Bar No. 1010507
dgrammes@lipcon.com
**ANDREW S. FREEDMAN**
Florida Bar No. 091087
afreedman@lipcon.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2021, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parities who are not authorized to received electronically Notices of Electronic Filing.

By: /s/ *Jason R. Margulies*
    **JASON R. MARGULIES**

| | |
|---|---|
| **Thomas Scolaro** | **Jonathan W. Skipp** |
| Florida Bar No. 178276 | Florida Bar No.: 710570 |
| **Adam T. Rose** | jskipp@admiral-law.com |
| Florida Bar No. 123673 | **Craig P. Liszt** |
| Email: scolaro@leesfield.com | Florida Bar No.: 63414 |
| **LEESFIELD SCOLARO, P.A** | cliszt@admiral-law.com |
| 2350 South Dixie Highway | HORR, NOVAK & SKIPP, P.A. |
| Miami, FL 33133 | Two Datran Center, Suite 1700 |
| Tel: 305-854-4900 | 9130 South Dadeland Boulevard |
| Fax: 305-854-8266 | Miami, FL 33156 |
| *Attorneys for Claimants Mariel Lozano,* | Telephone: (954)-568-6669 |
| *Anne Hayward, and Nicholas Hayward* | Facsimile: (954)-568-0085 |
| | *Attorneys for Petitioner* |

**Jason R. Margulies**
Florida Bar No.: 57916
jmargulies@lipcon.com
**Andrew S. Freedman**
Florida Bar No.: 091087
afreedman@lipcon.com
**Daniel W. Grammes**
Florida Bar No.: 1010507
dgrammes@lipcon.com
LIPCON, MARGULIES,
ALSINA & WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, FL  33131
Telephone: (305) 373-3016
Facsimile:  (305) 373-6204
***Attorneys for Claimants Sarah Arroyo,***
***And Ryan Arroyo***